AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

|  |  |
|---|---|
| Magus JR Ahnend | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| See Attached | ) |
| *Defendant/Respondent* | ) |

**FILED**

MAR 1 6 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Civil Action No. 5:26-CV-00199

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
N/A

My gross pay or wages are: $ _____1,080.60_ , and my take home pay or wages are: $ _____0.00_ per

*(specify pay period)* _____Month_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
See Attachment : Social Security Administration Benefit Verification Letter

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 200.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
1996 Ford Ranger 5 Speed Manual - Value: $800.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Phone: $30 /month
Rent: $1000 /month all utilities included

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
$8000 Nissan Motor Financing for Repossession
$38000 to some collections for a Debt my Ex took out in my name, I don't know the name.
$5000 Credit Cards: Bank Of America, Amazon Credit, Home Depot, Capital One

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 03/14/2026

_____
*Applicant's signature*

Magus Ahnend
*Printed name*

Defendants/Respondents:
Christina Kostenco, esq. Attorney, In her individual and Official Capacity
Robert Dunlap, esq., Attorney, in his Individual and Official Capacity
Alexandra McCloud, esq. Public Defender, in her individual and Official Capacity
West Virginia State Bar Association, an agency of the State, in its Official Capacity.
The Public Defenders Office, Beckley Office, in its Official Capacity.
Magistrate, Tomi Peck, in her Individual and Official Capacity
Judge, Michael Froble, in his Individual and Official Capacity
The County Commission of Raleigh County, a political subdivision, in its Official Capacity.
West Virginia Office of Disciplinary Counsel, an agency of the State, in its Official Capacity.
Magistrate, Tim Deems,  in his Individual and Official Capacity
Jacob Massile, WV State Trooper,  in his Individual and Official Capacity.

ATTACHMENT:

Defendants / Respondents

## Defendant No. 1

**Name:** Christina Kostenko, Esq.

**Job or Title:** Attorney at Law

**Address:** 208 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-0552

**Capacity:** [X] Individual [X] Official

## Defendant No. 2

**Name:** Robert Dunlap, Esq.

**Job or Title:** Attorney at Law / Robert Dunlap & Associates

**Address:** 208 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-0552

**Capacity:** [X] Individual [X] Official

**Defendant No. 3**

**Name:** Alexandra McCloud (Miller), Esq.

**Job or Title:** Public Defender

**Address:** 214 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 253-7405

**Capacity:** [X] Individual [X] Official


**Defendant No. 4**

**Name:** Public Defender Services - Beckley Office (Eighth Judicial Circuit)

**Job or Title:** State Public Defender Agency

**Address:** 214 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 253-7405

**Capacity:** [ ] Individual [X] Official


**Defendant No. 5**

**Name:** West Virginia State Bar Association

**Job or Title:** State Regulatory Agency

**Address:** 2000 Deitrick Blvd

**City State Zip Code:** Charleston, WV 25311

**County:** Kanawha

**Telephone Number:** (304) 553-7220

**Capacity:** [ ] Individual [X] Official

**Defendant No. 6**

**Name:** Tomi Peck

**Job or Title:** Magistrate

**Address:** 222 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-9177

**Capacity:** [X] Individual [X] Official

**Defendant No. 7**

**Name:** Michael Froble

**Job or Title:** Circuit Court Judge

**Address:** 222 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-9135

**Capacity:** [X] Individual [X] Official

**Defendant No. 8**

**Name:** The County Commission of Raleigh County

**Job or Title:** Political Subdivision

**Address:** 116 ½ North Heber Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-9146

**Capacity:** [ ] Individual [X] Official

**Defendant No. 9**

**Name:** West Virginia Office of Disciplinary Counsel (ODC)

**Job or Title:** State Regulatory Agency

**Address:** 4700 MacCorkle Ave. SE, Suite 1200

**City State Zip Code:** Charleston, WV 25304

**County:** Kanawha

**Telephone Number:** (304) 558-7999

**Capacity:** [ ] Individual [X] Official


**Defendant No. 10**

**Name:** Trooper Massile

**Job or Title:** West Virginia State Trooper

**Address:** 105 Pinecrest Dr, Beckley, WV 25801

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 256-6700

**Capacity:** [X] Individual [X] Official


**Defendant No. 11**

**Name:** Tim Deems

**Job or Title:** Magistrate

**Address:** 222 Main Street

**City State Zip Code:** Beckley, WV 25801

**County:** Raleigh

**Telephone Number:** (304) 255-9177

**Capacity:** [X] Individual [X] Official



# Social Security Administration
# Benefit Verification Letter

Date: March 4, 2026
BNC#: 26QR174A69314
REF: A, DI

MAGUS JAMYE REFICUL AHNEND
PO BOX 379
MABSCOTT WV  25871-0379

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2025, the full monthly Social Security benefit before any deductions is $1,080.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,080.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on February 15, 2010.

## Information About Past Social Security Benefits

From December 2024 to November 2025, the full monthly Social Security benefit before any deductions was $1,051.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,051.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

26QR174A69314                                                           Page 2 of 2

## Information About Supplemental Security Income Payments

Beginning May 2015, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning May 2015.

We found that you became disabled under our rules on February 15, 2010.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning April 2013.

You are entitled to medical insurance under Medicare beginning April 2014.

Your Medicare number is 3F98U20JX26. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is December 9, 1987.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-964-2042**.

SOCIAL SECURITY
SUITE A-8
5475 ROBERT C. BYRD DR
MOUNT HOPE WV 25880

*Social Security Administration*