FILED:  June 8, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-1726
(5:26-cv-00199)

_____

In re: MAGUS JAMYE REFICUL AHNEND

Petitioner

_____

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Southern District of West Virginia at Beckley |
|---|---|
| Date Petition Filed: | 06/05/2026 |
| Petitioner(s) | Magus Jamye Reficul Ahnend |
| Appellate Case Number | 26-1726 |
| Case Manager | M. Powers 804-916-2702 |