# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

MAGUS JR AHNEND,

      Plaintiff,

v.

                                    CIVIL ACTION NO. 5:26-cv-00199

CHRISTINA KOSTENKO, *Esq.,*
*in her individual and official capacity*, and
ROBERT DUNLAP, *Esq.,*
*in his individual and official capacity*, and
TOMI PECK, *Magistrate, in her individual*
*and official capacity*, and
MICHAEL FROBLE, *Circuit Court Judge,*
*in his individual and official capacity*, and
TIM DEEMS, *Magistrate, in his individual*
*and official capacity*, and
ALEXANDRIA MILLER, *Esq.,*
*in her individual and official capacity*, and
RACHAEL L. FLETCHER CIPOLETTI,
*Chief Lawyer, Disciplinary Counsel, in her*
*individual and official capacity*, and
DAVE TOLLIVER, *President of the*
*Raleigh County Commission, in his individual*
*and official capacity*, and
JACOB MISSILE, *WV State Trooper,*
*in his individual and official capacity*, and
PATSY LAMP, *Attorney/Former Magistrate,*
*Raleigh County (Served Mar 8 – December 31, 2024),*
*in her individual and official capacity*, and
ALICE MCCLURE, *Case Coordinator with the Office of*
*the Public Defender, in her individual and official capacity*,

      Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this same date dismissing Plaintiff Magus Jr. Ahnend's Complaint without prejudice, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  June 25, 2026

Frank W. Volk
Chief United States District Judge

2